**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| KELLY STONELAKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>META Platforms, Inc. a Delaware Corporation<br><br>Defendant. | No. 2:25-cv-00474 BJR<br><br>STIPULATED MOTION AND ORDER FOR MODIFIED SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND INITIAL SCHEDULING DATES |

## I. MOTION

Plaintiff Kelly Stonelake and Defendant META have conferred and hereby submit this stipulated motion requesting that the Court modify the briefing schedule on Meta's pending Motion to Dismiss (Dkt. 11) as follows:

| Deadline | Standard Date | Modified Date |
|---|---|---|
| **Response Date** | April 14, 2025 | April 28, 2025 |
| **Reply Date** | April 28, 2025 | May 12, 2025 |

This limited modification of the briefing schedule is necessitated by the complexity of the motion, which moves to dismiss each of Plaintiff's claims and attacks the sufficiency of the

allegations throughout the 31-page Complaint, and by pre-planned and unavoidable personal conflicts of both of Plaintiff's counsel during the briefing period, including travel for children's spring break and a house move. The parties conferred about and agreed upon this extended briefing schedule in advance of Defendant filing their Motion, and there is good cause to grant this limited modification of the briefing schedule.

Additionally, the Parties request an extension related to the following dates for the initial disclosures and submission of the Joint Status Report and Discovery Plan (Dkt. 8) such that the deadlines are after the briefing on Meta's pending Motion to Dismiss. The parties agree to abide by the proposed modified dates below even if the Court has not yet issued an order on Meta's pending Motion to Dismiss by the time the modified dates arise:

|  | **Standard Date** | **Modified Date** |
|---|---|---|
| **Deadline for FRCP 26(f) Conference** | April 15, 2025 | June 2, 2025 |
| **Initial Disclosures Pursuant to FRCP 26(a)(1)** | April 22, 2025 | June 9, 2025 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | April 29, 2025 | June 16, 2025 |

DATED: April 3, 2025.

                          BRESKIN JOHNSON & TOWNSEND, PLLC

                          By: *s/ Brendan W. Donckers*
                              Brendan W. Donckers, WSBA #39406
                          By: */s Cynthia Heidelberg*
                              Cynthia Heidelberg, WSBA 44121
                              600 Stewart St., Suite 901
                              Seattle, WA 98101
                              (206) 652-8660 Telephone
                              (206) 652-8290 Facsimile
                              bdonckers@bjtlegal.com
                              cheidelberg@bjtlegal.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*Attorneys for Plaintiff*

AND

SEYFARTH SHAW LLP

By: <u>*Lauren Parris Watts*</u>
    Lauren Parris Watts, WSBA No. 44064
    999 Third Avenue, Ste. 4700
    Seattle, WA 98104
    P: (206) 946-4910
    lpwatts@seyfarth.com

*Attorney for Defendant Meta Platforms, Inc.*

## II.  ORDER

BEFORE THE COURT is the parties' stipulated motion for a modified briefing schedule on Meta's pending Motion to Dismiss.

The Court hereby rules as follows: the Stipulated Motion for a Modified Schedule on Defendant's Motion to Dismiss and Initial Scheduling Dates is GRANTED.  The briefing schedule is as follows:

| Deadline | Standard Date | Modified Date |
| --- | --- | --- |
| **Response Date** | April 14, 2025 | April 28, 2025 |
| **Reply Date** | April 28, 2025 | May 12, 2025 |

Additionally, the following dates for the initial disclosures and submission of the Joint Status Report and Discovery Plan are extended as follows:

|  | Standard Date | Modified Date |
| --- | --- | --- |
| **Deadline for FRCP 26(f) Conference** | April 15, 2025 | June 2, 2025 |
| **Initial Disclosures Pursuant to FRCP 26(a)(1)** | April 22, 2025 | June 9, 2025 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | April 29, 2025 | June 16, 2025 |

IT IS SO ORDERED this 3rd day of April 2025.

*[signature]*

The Honorable Judge Barbara J. Rothstein

Presented by:

BRESKIN JOHNSON & TOWNSEND, PLLC
By: *s/ Brendan W. Donckers*
Brendan W. Donckers, WSBA #39406
By: */s Cynthia Heidelberg*
    Cynthia Heidelberg, WSBA 44121
    600 Stewart St., Suite 901
    Seattle, WA 98101
    (206) 652-8660 Telephone
    (206) 652-8290 Facsimile
    cheidelberg@bjtlegal.com
    bdoncker@bjtlegal.com

*Attorneys for Plaintiff*

AND

SEYFARTH SHAW LLP
By: *Lauren Parris Watts*
    Lauren Parris Watts, WSBA No. 44064
    999 Third Avenue, Ste. 4700
    Seattle, WA 98104
    P: (206) 946-4910

*Attorneys for Defendant Meta Platforms*