IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY STONELAKE, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>META Platforms, Inc. a Delaware Corporation<br><br>　　　　　　　　　　　Defendant. | No. 2:25-cv-00474 BJR<br><br>SECOND STIPULATED MOTION AND ORDER FOR MODIFIED SCHEDULE ON DEFENDANT'S MOTION TO DISMISS |

SECOND STIPULATED MOTION AND
ORDER FOR MODIFIED SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS - 1

BRESKIN JOHNSON & TOWNSEND
600 STEWART ST. SUITE 901
SEATTLE, WA 98101

## I  MOTION

On March 24, 2025, Defendant META filed a motion to dismiss. Dkt. 11. Prior to the motion being filed, the parties had conferred and agreed on a stipulated briefing schedule, which the parties submitted to the Court and the Court entered on April 3. Dkt. 13.

The Court's April 3 Order (dkt. 13) contained the following schedule:

| Deadline | Standard Date | Modified Date |
| --- | --- | --- |
| **Response Date** | April 14, 2025 | April 28, 2025 |
| **Reply Date** | April 28, 2025 | May 12, 2025 |

On April 28, Plaintiff filed her Response (dkt. 14). On May 1, defense counsel brought to Plaintiff's counsel's attention that the Response, while compliant with the word limitations and requirements of LCR 7, exceeded the page limits of the Court's standing order (dkt. 7).[1] The parties conferred and agreed, as a matter of professional courtesy to both sides, that Defendant would not oppose Plaintiff filing an amended Response that comports with this Court's page limits, as long as Defendant is given a sufficient opportunity to review and file a Reply to the Amended Response.

The parties hereby submit this stipulated motion requesting that the Court modify the briefing schedule slightly as set forth in Dkt. 11 on Meta's pending Motion to Dismiss. Neither party is prejudiced by this modification, and it is the product of good faith conferral by the

---

[1] This was in error and not in any way an intentional disregard by Plaintiff or Plaintiff's counsel of the Court's standing order.

parties to aid in the Court's fair and efficient resolution of Defendant's motion. There is good cause to grant this limited modification of the briefing schedule as follows:

| Deadline | Standard Date | Modified Date |
|---|---|---|
| **Amended Response Date** | April 28, 2025 | May 2, 2025 |
| **Reply Date** | May 12, 2025 | May 16, 2025 |

DATED: May 2, 2025.

BRESKIN JOHNSON & TOWNSEND, PLLC

By: *s/ Brendan W. Donckers*
Brendan W. Donckers, WSBA #39406
By: */s Cynthia Heidelberg*
Cynthia Heidelberg, WSBA 44121
600 Stewart St., Suite 901
Seattle, WA 98101
(206) 652-8660 Telephone
(206) 652-8290 Facsimile
bdonckers@bjtlegal.com
cheidelberg@bjtlegal.com

*Attorneys for Plaintiff*

AND

SEYFARTH SHAW LLP

By: *Lauren Parris Watts*
Lauren Parris Watts, WSBA No. 44064
999 Third Avenue, Ste. 4700
Seattle, WA 98104
P: (206) 946-4910
lpwatts@seyfarth.com

*Attorney for Defendant Meta Platforms, Inc.*

## II  ORDER

BEFORE THE COURT is the parties' second stipulated motion for a modified briefing schedule on Meta's pending Motion to Dismiss.

The Court hereby rules as follows: the Second Stipulated Motion for a Modified Schedule on Defendant's Motion to Dismiss is GRANTED. The modified briefing schedule is as follows:

| Deadline | Standard Date | Modified Date |
|---|---|---|
| **Amended Response Date** | April 28, 2025 | May 2, 2025 |
| **Reply Date** | May 12, 2025 | May 16, 2025 |

IT IS SO ORDERED this 5th day of May, 2025.

*[signature: Barbara J. Rothstein]*

The Honorable Judge Barbara J. Rothstein

Presented by:

BRESKIN JOHNSON & TOWNSEND, PLLC
By: *s/ Brendan W. Donckers*
Brendan W. Donckers, WSBA #39406
By: */s Cynthia Heidelberg*
   Cynthia Heidelberg, WSBA 44121
   600 Stewart St., Suite 901
   Seattle, WA 98101

SECOND STIPULATED MOTION AND ORDER FOR MODIFIED SCHEDULE ON DEFENDANT'S MOTION TO DISMISS  - 4

BRESKIN JOHNSON & TOWNSEND
600 STEWART ST. SUITE 901
SEATTLE, WA 98101

(206) 652-8660 Telephone
(206) 652-8290 Facsimile
cheidelberg@bjtlegal.com
bdoncker@bjtlegal.com

*Attorneys for Plaintiff*

AND

SEYFARTH SHAW LLP
By: *Lauren Parris Watts*
   Lauren Parris Watts, WSBA No. 44064
   999 Third Avenue, Ste. 4700
   Seattle, WA 98104
   P: (206) 946-4910

*Attorneys for Defendant Meta Platforms*