The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

KELLY STONELAKE, an individual,

      Plaintiff,

     v.

META PLATFORMS, INC., a Delaware Corporation,

      Defendant.

Case No. 2:25-cv-00474-BJR

**NOTICE OF APPEARANCE**

TO:        Plaintiff and her counsel of record, Cynthia Heidelberg and Brenden W. Donckers

AND TO:     The  Clerk of the Court

PLEASE TAKE NOTICE that Kaitlyn "Katie" Gould of Seyfarth Shaw LLP appears in the above-captioned action as counsel of record, alongside Lauren Parris Watts and Daniel Culicover, for Defendant Meta Platforms, Inc. ("Defendant").  The Defendant does not waive any objection as to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, insufficiency of process, failure to state a claim upon which relief can be granted, or any other claim or defense, by this appearance of its attorneys.

Service of further pleadings, notices, documents, or other papers in this matter, exclusive of original process, may be made upon Defendant by serving the undersigned attorneys of record at the address below.

NOTICE OF APPEARANCE - 1
CASE NO. 2:25-CV-00474-BJR

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Respectfully submitted this 17th day of June, 2026.

SEYFARTH SHAW LLP


By: */s/Katie Gould*
    Kaitlyn M. Gould, WSBA No. 58622
    Lauren Parris Watts, WSBA No. 44064
    Daniel O. Culicover, WSBA No. 55085
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
    Phone:   (206) 946-4910
    Email:   lpwatts@seyfarth.com
             dculicover@seyfarth.com
             kgould@seyfarth.com

Counsel for Defendant
META PLATFORMS, INC.

NOTICE OF APPEARANCE - 2
CASE NO. 2:25-CV-00474-BJR