The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| KELLY STONELAKE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 2:25-cv-00474 DGE<br><br>**JOINT STATUS REPORT REGARDING THE PARTIES' UNAVAILABILITY** |

Pursuant to the Court's Minute Entry for proceedings held before the Court, Dkt. 43 entered on June 18, 2026, the parties have conferred and hereby submit the following Joint Status Report regarding Unavailability.

Please take notice that the following counsel of record for Defendant Meta Platforms, Inc. will be out of the office and unavailable:

**January 2027**

- January 11-15, 2027 (Arbitration Hearing)

- January 14-21, 2027  (Trial) (Pending court approval of settlement)

- January 19-26, 2027  (Trial)

- January 21-27, 2027  (Arbitration Hearing)

- January 25-29, 2027  (Arbitration Hearing)

JOINT STATUS REPORT REGARDING THE PARTIES' UNAVAILABILITY
[NO. 2:25-CV-00474 DGE] - 1

326735341v.2

**March 2027**

- March 1-5, 2027  (Arbitration Hearing)

- March 1-15, 2027 (Trial)

- March 16-22, 2027  (Arbitration Hearing)

**April 2027**

- April 1-6, 2027  (Vacation)

- April 7-13, 2027  (Arbitration Hearing)

- April 22-24, 2027  (Vacation)

**May 2027**

- May 10-21, 2027  (Trial)

**June 2027**

- June 7-11, 2027  (Trial)

**September 2027**

- September 10-16, 2027  (Arbitration Hearing)

**March & April 2028**

- March 13-April 21, 2027  (Trial)

Additionally, please take notice that Meta's in-house counsel assigned to this matter will be out of the office and unavailable:

**January 2027**

- January 4-8, 2027

- January 15, 2027

- January 18, 2027

**February 2027**

- February 8-12, 2027

JOINT STATUS REPORT REGARDING THE PARTIES' UNAVAILABILITY
[NO. 2:25-CV-00474 DGE] - 2

326735341v.2

**March 2027**

- March 22-29, 2027

**April 2027**

- April 23-24, 2027

**June 2027**

- June 1-11, 2027

**September 2027**

- September 6-10, 2027

**October 2027**

- October 11-15, 2027

**November 2027**

- November 22-26, 2027

**December 2027 & January 2028**

- December 20, 2027-January 7, 2028

- January 14-17, 2028

**February**

- February 14-21, 2028

Finally, please take notice that the following counsel of record for Plaintiff Kelly Stonelake will be out of the office and unavailable:

**March & April 2027**

- March 29- April 16, 2027  (Trial)

**May 2027**

- May 3-14, 2027  (Trial)

**June 2027**

- June 22-July 2, 2027  (Trial)

JOINT STATUS REPORT REGARDING THE PARTIES' UNAVAILABILITY
[NO. 2:25-CV-00474 DGE] - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

326735341v.2

**August & September 2027**

- August 13-27, 2027 (Vacation)

- August 20-September 10, 2027 (Trial)

**September & October 2027**

- September 15-October 15, 2027 (Vacation)

**February 2028**

- February 2-16, 2028 (Trial)

If possible, counsel respectfully request that no formal action in the above-captioned matter be noted between the listed dates or for one (1) week immediately following so as to allow adequate preparation.

Respectfully submitted this June 25, 2026.

BRESKIN JOHNSON TRIAL LAWYERS, PLLC


By:   */s/ Cynthia Heidelberg*
*(via email consent June 25, 2026)*
   Cynthia J. Heidelberg, WSBA No. 44121
   Brendan W. Donckers, Bar No. 29406
   506 2nd Avenue, Suite 2400
   Seattle, WA 98104
   Phone:   (206) 652-8660
   Email:   cheidelberg@bjtlawyers.com
        bdonckers@bjtlawyers.com


*Counsel for Plaintiff*

SEYFARTH SHAW LLP


By:   */s/Lauren Parris Watts*
   Lauren Parris Watts, WSBA No. 44064
   Daniel O. Culicover, Bar No. 55085
   Katie M. Gould, Bar No. 58622
   999 Third Avenue, Suite 4700
   Seattle, Washington 98104-4041
   Phone:   (206) 946-4910
   Email:   lpwatts@seyfarth.com
        dculicover@seyfarth.com
        kgould@seyfarth.com

*Counsel for Defendant*

JOINT STATUS REPORT REGARDING THE PARTIES' UNAVAILABILITY
[NO. 2:25-CV-00474 DGE] - 4

326735341v.2